IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDGAR LEE WARREN,

        Plaintiff,                 No. 2:08-1680 MCE JFM (PC)

    vs.

BUTTE COUNTY JAIL,
et al.,

        Defendants.         ORDER

_____/

        Plaintiff, a state prisoner, presently housed in the Butte County Jail, proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.

        On August 5, 2008, this court recommended the instant action be dismissed based on plaintiff's failure to keep the court apprised of his current address. Plaintiff has since notified the court of his current address. Accordingly, the findings and recommendations will be vacated.

        On August 20, 2008, plaintiff submitted a handwritten request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff did not, however, file his application for leave to proceed in forma pauperis on the form used by this district. Use of the form assists plaintiff to establish and the court to evaluate plaintiff's in forma pauperis status in light of 28 U.S.C. § 1915 (b)(1) and (2). Plaintiff also expressed difficulty obtaining the trust

account statement from officials at the Napa State Hospital.  However, plaintiff is now housed at the Butte County Jail.  Accordingly, plaintiff's application will be dismissed and plaintiff will be provided the opportunity to submit the application on the appropriate form.  Plaintiff is cautioned that he must also provide a certified copy of his jail trust account statement for the six month period immediately preceding the filing of his complaint.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The August 5, 2008 findings and recommendations (docket no. 8) are vacated;

2  Plaintiff's August 20, 2008 application to proceed in forma pauperis (docket no. 10) is dismissed without prejudice;

3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

4. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED:  December 15, 2008.

UNITED STATES MAGISTRATE JUDGE

/001; warr1680.3d2

2